# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:04CR261** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ALLEN BOGACKI,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions of Michael Maloney, Assistant Federal Public Defender, substituting him as counsel for defendant Allen Bogacki (Bogacki) and terminating the representation of Carlos Monzon (Filing Nos. 41 and 43). Filing No. 41 has been filed in the wrong case and is ordered stricken. Filing No. 43 is granted.

**IT IS SO ORDERED.**

DATED this 20th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge