IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04cr261 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ALLEN BOGACKI, | ) | |
| Defendant. | ) | |

Defendant Allen Bogacki appeared before the court on October 20, 2008 on an Amended Petition for Offender Under Supervision [72]. The defendant was represented by Assistant Federal Public Defender Jessica Douglas, and the United States was represented by Assistant U.S. Attorney John Higgins. The defendant admits allegation 4 of the amended petition. The defendant's oral motion to continue disposition is granted.

IT IS ORDERED:

1. The defendant is ordered to enroll and reside full time in the Oxford House by no later than October 25, 2008.

2. The defendant shall participate in treatment at the Discovery Center.

3. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m., on December 19, 2008.** Defendant must be present in person.

Dated this 21st day of October, 2008.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge